```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 15256
   WILLIAM BARRY
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-4109


-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 08/22/2007 and was not confirmed.

      The case was dismissed without confirmation 10/15/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID            PAID
-------------------------------------------------------------------------------
WASHINGTON MUTUAL          SECURED NOT I          .00          .00             .00
POPULAR MORTGAGE SERVICI   SECURED NOT I          .00          .00             .00
AMERICAS SERVICING COMPA   SECURED NOT I     25845.54          .00             .00
GMAC RESCAP LLC            SECURED NOT I          .00          .00             .00
GMAC MORTGAGE              UNSECURED       NOT FILED           .00             .00
HOME DEPOT CREDIT SERVIC   UNSECURED       NOT FILED           .00             .00
MENARDS                    UNSECURED       NOT FILED           .00             .00
CODILIS & ASSOCIATES       NOTICE ONLY     NOT FILED           .00             .00
CHASE AUTO FINANCE         SECURED NOT I     40171.49          .00             .00
AMERICAS SERVICING COMPA   CURRENT MORTG         .00          .00             .00
POPULAR MORTGAGE SERVICI   SECURED NOT I          .00          .00             .00
WASHINGTON MUTUAL          SECURED NOT I          .00          .00             .00
GMAC RESCAP LLC            SECURED NOT I          .00          .00             .00
WACHOVIA BANK NA           SECURED NOT I          .00          .00             .00
WACHOVIA BANK NA           SECURED NOT I          .00          .00             .00
US BANK NATIONAL ASSOCIA   SECURED NOT I          .00          .00             .00
US BANK NATIONAL ASSOCIA   SECURED NOT I          .00          .00             .00
PRO SE DEBTOR              DEBTOR ATTY           .00                           .00
TOM VAUGHN                 TRUSTEE                                             .00
DEBTOR REFUND              REFUND                                              .00


      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                              .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                                 ---------------    ---------------
TOTALS                               .00              .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 07 B 15256 WILLIAM BARRY
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE